**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 26-cv-22537-EA**

**Ismanys Reyes**,

Petitioner,

v.

**Garrett Ripa, Field Office Director Enforcement,**
***et al.***,

Respondents.
_______________________________________/

**ORDER TO RESPOND**

This cause comes before the Court upon Petitioner's *pro se* Amended Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 (the "Amended Petition") [ECF No. 8]. On March 31, 2026, Petitioner filed a *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 alleging that his immigration detention without bond violates the Due Process Clause of the Fifth Amendment (the "Initial Petition") [*see* ECF No. 1 pp. 3–4]. Following this Court's Order to Brief the Court's Subject Matter Jurisdiction [ECF No. 4], Respondents argued in-part that Petitioner's prior conviction of assault subjects him to mandatory detention without bond under 8 U.S.C. § 1226(c) [ECF No. 5 pp. 2, 8–13]. Then, on August 18, 2026, Petitioner filed the instant Amended Petition, in which he indicates that he was ordered deported to Cuba on June 15, 2026 [ECF No. 8 pp. 6–8]. Petitioner does not indicate whether he appealed the immigration judge's removal order [*see generally* ECF No. 8].

An order of removal made by an immigration judge at the conclusion of immigration proceedings becomes final upon, in relevant part, either (1) the dismissal of an appeal by the Board

of Immigration Appeals, (2) an alien's waiver of the right to appeal a removal order, or (3) the expiration of the time to appeal if no appeal is filed. *See* 8 C.F.R. § 1241.1(b); *see also De La Teja v. United States*, 321 F.3d 1357, 1362 (11th Cir. 2003) ("On October 10, 2002, an Immigration Judge found De La Teja removable as charged in a decision which became a final removal order when De La Teja did not appeal that decision to the Board of Immigration Appeals by November 12, 2002." (citing 8 C.F.R. § 241.1(c))). Once Petitioner's removal order becomes final, he was no longer governed by 8 U.S.C. § 1226; instead, he is now subject to detention under a wholly different statute—8 U.S.C. § 1231. *See De La Teja*, 321 F.3d at 1363. Once an alien is subject to detention under § 1231 pursuant to a final order of removal, any decision on the merits of Petitioner's prior detention under § 1226 would be "purely advisory in nature[.]" *Id.*

The Court does not, at this time, take any position on whether the immigration court's entry of a final order of removal renders the instant case moot. However, to permit proper consideration of the issue, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. **Within 21 days of the issuance of this Order**, Respondents **shall** brief the Court on (a) whether Petitioner's removal order renders the Initial Petition **moot** and (b) whether the Amended Petition is premature under 8 U.S.C. § 1231(a) and *Zadvydas v. Davis*, 533 U.S. 678 (2001). The Response **shall** include all relevant documents and transcripts necessary for the resolution of this matter.
2. Petitioner may, but need not, file a Reply. If Petitioner elects to file a Reply, it shall be due **within 14 days** of the date on which the Response is filed and shall not exceed 10 pages. *See* S.D. Fla. L.R. 7.1(c)(2). The Court will not consider an untimely Reply. *See* Rules 1(b), 5(e), Rules Governing Section 2254 Cases in the United States District Courts.

3. At this time, the Court takes no opinion on the merits of the claims raised in either the Initial Petition or the Amended Petition, nor whether Petitioner's change in custody status renders this matter moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 3rd day of September 2026.

**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

Copies Served:

**Ismanys Reyes,** ***pro se***
A# 061615962
Krome Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194

**Mary Beth Ricke**
United States Attorney's Office
Southern District of Florida
500 E. Broward Blvd.
Suite 700
Fort Lauderdale, FL 33394
Email: Mary.Ricke@usdoj.gov

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov